1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

Ruth Maranda Robinson,

       Plaintiff.

       vs.

Commissioner of Social Security,

       Defendant.

)
)
)
)
)
)
)
)
)
)

Case No.: ED CV 22-772-DMG (PDx)

**ORDER AWARDING EAJA FEES**

**[22]**

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of EIGHT THOUSAND DOLLARS ($8,000.00), subject to the terms of the Stipulation. IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $8,000.00, subject to any federal debt owed by Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause

the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.


DATED:  June 12, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2